IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | ) Chapter 7 |
| WILCOX & GIBBS, INC. ) | ) Bankr. Case No.: 99-00928 (JFK) |
| Debtors. ) | ) |
| REXEL, INC. ) | ) |
| Appellant, ) | ) |
| v. ) | ) Dist. Ct. Case No. 04-CV-820 (GMS) |
| JUDITH MONTILLA ) | ) |
| Appellee. ) | ) |

**NOTICE OF COMPLETION OF MEDIATION**

PLEASE TAKE NOTICE that, I, Ian Connor Bifferato, was appointed to serve as mediator for the parties to the captioned appeal. On May 13, 2005, I conducted a mediation session and thereafter made further efforts to mediate by phone. The case did not settle and the parties are prepared to proceed with the appeal.

PLEASE TAKE FURTHER NOTICE that the appeal, including briefing, has been held in abeyance pending the mediation. Accordingly, it is now appropriate for the Clerk to advise the parties of the briefing schedule.

Dated: May 27, 2005

BIFFERATO, GENTILOTTI & BIDEN

Ian Connor Bifferato (# 3273)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899

cc    David Fournier
      Carl N. Kunz, III