IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                               :

WILCOX & GIBBS, INC.                 :        Bankruptcy Co. No. 99-00928 (JFK)

     Debtors                        :

REXEL, INC.                          :

     Appellant                     :

    v.                             :        Civil Action No. 04-850 (GMS)

JUDITH MONTILLA                      :

     Appellee                      :

## <u>O R D E R</u>

WHEREAS, on July 13, 2004, a Notice of Appeal of the Order of the Bankruptcy Court entered on 3/4/04, was filed;

WHEREAS, on 9/10/04, this case was referred to the Appellate Mediation Panel, and further briefing was deferred;

WHEREAS, on 5/27/05, a notice of Completion of Mediation was filed by Ian Conner Bifferato, Esq.,

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared proposed briefing schedule for the Court's consideration no later than June 17, 2005.

<u>May 31, 2005</u>                          <u>/s/ Gregory M. Sleet</u>
                                       UNITED STATES DISTRICT JUDGE