IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| WILCOX & GIBBS, INC., et al. | ) | |
| | ) | Case No. 99-928 (PJW) |
| Debtors. | ) | Jointly Administered |
| | ) | |
| REXEL, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-850 (GMS) |
| | ) | |
| JUDITH MONTILLA, | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |

**STIPULATED AMENDMENT TO BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED by the parties, subject to the Court's approval, that the briefing schedule regarding the Appellant's appeal of the Memorandum Opinion and Order Granting Plaintiff's Motion for Remand to the Supreme Court of the State of New York, County of Kings, entered by the United States Bankruptcy Court for the District of Delaware in Adversary Proceeding No. 01-763 on March 4, 2004 (Docket Nos. 61 and 62) and the Order Denying Motion For Reconsideration entered by the United States Bankruptcy Court for the District of Delaware in Adversary Proceeding No. 01-763 on May 19, 2004 (Docket No. 73), will be amended as follows:

WL: #152874 v1 (39Y$01!.DOC)

-2-

1. The Appellant's reply brief is due on or before June 15, 2005.

_____  
David M. Fournier (DE No. 2812)  
PEPPER HAMILTON LLP  
Hercules Plaza, Suite 5100  
1313 Market Street  
Wilmington, Delaware 19801  
(302) 777-6500  

*Attorneys for Appellant*

_____  
Carl N. Kunz, III (DE No. 3201)  
MORRIS JAMES HITCHENS & WILLIAMS LLP  
222 Delaware Avenue  
10th Floor  
Wilmington, Delaware 19801  
(302) 888-6811  

and

Barbara E. Olk, Esquire  
TRIEF & OLK  
150 East 58th Street, 34th Floor  
New York, NY 10155  
(212) 486-6060  

*Attorneys for Appellee*

APPROVED AND SO ORDERED, this ____ day of June, 2005,

_____  
United States District Judge