## CERTIFICATE OF SERVICE

I, David M. Fournier, hereby certify that on June 8, 2005, I served the foregoing Stipulated Amendment to Briefing Schedule to be served upon the following entities by causing copies of the same to be placed in the United States Mail, first class, postage pre-paid, addressed to:

Carl N. Kunz, III, Esq.
Morris, James, Hitchens & Williams, LLP
222 Delaware Ave., 10th Floor
P.O. Box 2306
Wilmington, DE  19899

Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Barbara Olk, Esq.
Trief & Olk
150 E. 58th Street, 34rd Floor
New York, NY  10155

Robert H. Levin, Esq.
Robert J. Lenahan, Esq.
Adelman Lavine Gold & Levin, PC
1900 Two Penn Center Plaza
Philadelphia, PA  19102

Regis Staley
WHITE, QUINLEN & STALEY
377 Oak Street
Garden City, NY  11530


Dated:  June 8, 2005
Wilmington, DE

_____
David M. Fournier (No. 2812)